# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RONALD MAY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | **ORDER FOR PRO HAC VICE ADMISSION**<br><br>Case No.:  2:18-cv-854<br><br>Chief District Judge Robert J. Shelby |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for admission pro hac vice[1] of William L. Schmidt in the United States District Court, District of Utah, in the subject case is GRANTED.

DATED this 6th day of November, 2018.

BY THE COURT

_(signature)_

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 6.